#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

| | | |
|---|---|---|
| KENNETH TOPP, | : | CASE NO. 6:22-cv-00814-ADA-CM |
| | : | |
| Plaintiff, | : | JUDGE ALAN D. ALBRIGHT |
| | : | |
| v. | : | MAGISTRATE JUDGE: |
| | : | JEFFREY C. MANSKE |
| THE LITIGATION PRACTICE | : | |
| GROUP, PC, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF FILING OF MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS BY DEFENDANT THE LITIGATION PRACTICE GROUP, PC

Now comes Defendant, The Litigation Practice Group, PC ("LPG"), by and through its undersigned counsel, and hereby notifies the Court that in accordance with Rule 6.2(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, LPG has filed a Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings to the United States Judicial Panel on Multidistrict Litigation (the "MDL

Motion"). A copy of the MDL Motion and accompanying documents is attached hereto as Exhibit 1.

        **LUPER NEIDENTHAL & LOGAN**
A Legal Professional Association

*/s/ Kyle T. Anderson*

Kyle T. Anderson (OH B#: 0097806)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215-1052
(614) 221-7663 Fax: (866) 345-4948
Email: kanderson@LNLattorneys.com
*Attorneys for Defendant, The Litigation Practice Group PC*

*and*

Keith C. Thompson (24013631)
THE LAW OFFICE OF KEITH C. THOMPSON, P.C.
11003 Quaker Ave.
Lubbock, Texas 79424
Phone: (806) 783-8322
Fax: (806) 783-8357
Email: kct@kctlaw.us
*Attorney for Defendant, The Litigation Practice Group PC*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed on December 6, 2022, via the Court's CM/ECF system, which will provide notice to Plaintiff's counsel.

                                        */s/ Kyle T. Anderson*
                                        Kyle T. Anderson (OH B#: 0097806)